# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES DONCHEZ** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ALW SOURCING LLC** | : | **NO. 11-0232** |

## ORDER

**AND NOW**, this 21st day of March, 2011, upon consideration of the Offer of Judgment (Document No. 2) and the plaintiff's acceptance of the offer, it is **ORDERED** that **JUDGMENT** is entered in favor of the plaintiff James Donchez and against the defendant ALW Sourcing LLC in the amount of $1500.00.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.